

**LODGED**

NOV 1 4 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

**FILED**
**ORIGINAL**

2005 NOV 14

CLERK, US DIST COURT
EASTERN DIST OF CALIF

BY_____
DEPUTY

1  EDMUNDO ESPINOZA
   Attorney at Law
2  Post Office Box 191507
   Dallas, Texas 75219
3  Tel (214) 475-3015
4  Fax (214) 443-0824
   edmundoespinoza@aol.com
5  State Bar No. 64059
6
7              UNITED STATES DISTRICT COURT
8          FOR THE EASTERN DISTRICT OF CALIFORNIA
9
   UNITED STATES OF AMERICA,    ) CASE NO CR 05-0161-OWW
10                               )
11              Plaintiff,       )
                                 ) SUBSTITUTION OF ATTORNEYS
12       v.                      )
13                               )
   RADAMES DE LA HOYA, et al.,   )
14              Defendants       )
15  _____)
16      COMES NOW defendant herein, RADAMES DE LA HOYA, and
17
18  hereby moves to substitute EDMUNDO ESPINOZA, Esquire, as his new
19  attorney of record instead of ROGER K. LITMAN, Esquire.
20  I Consent:
21
22  Dated: Nov 04 05          Radames De la Hoya
                              RADAMES DE LA HOYA, defendant
23
24  I Agree:
25  Dated: NOV 09, 2005       Roger Litman
26                            ROGER K. LITMAN, ESQUIRE
27
28

1    I Accept:

2

3    Dated: Nov. 9/05                          _____
                                               EDMUNDO ESPINOZA, ESQUIRE
4

5    IT IS APPROVED:

6
                                               _____
7    Dated: 11-17-05

8                                              HON. OLIVER W. WANGER
                                               United States District Court Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2