```
EDMUNDO ESPINOZA
Attorney at Law
Post Office Box 191507
Dallas, Texas 75219
Tel (214) 475-3015
Fax (214) 443-0824
edmundoespinoza@aol.com
State Bar No. 64059
```

**LODGED** NOV 14 2005 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY_____ DEPUTY CLERK

**FILED ORIGINAL** 2005 NOV 14 CLERK, US DIST. COURT EASTERN DIST. OF CALIF BY_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) CASE NO CR 05-0161-OWW
) 
Plaintiff, )
) SUBSTITUTION OF ATTORNEYS
v. )
)
RADAMES DE LA HOYA, et al., )
Defendants )
_____)

COMES NOW defendant herein, RADAMES DE LA HOYA, and hereby moves to substitute EDMUNDO ESPINOZA, Esquire, as his new attorney of record instead of ROGER K. LITMAN, Esquire.

I Consent:

Dated: Nov 04 05

_Radames de la Hoya_
RADAMES DE LA HOYA, defendant

I Agree:

Dated: NOV 09, 2005

_Roger Litman_
ROGER K. LITMAN, ESQUIRE

I Accept:

Dated: Nov. 9/05

_____
EDMUNDO ESPINOZA, ESQUIRE

IT IS APPROVED:

Dated: 11-17-05

_____
HON. OLIVER W. WANGER
United States District Court Judge

2