1  EDMUNDO ESPINOZA
   Attorney at Law
2  Post Office Box 191507
   Dallas, Texas 75219
3  Tel (214) 475-3015
4  Fax (214) 443-0824
   edmundoespinoza@aol.com
5  State Bar No. 64059

6
7  Attorney for Defendant:
   RADAMES DE LA HOYA

8
                    UNITED STATES DISTRICT COURT
9
10                   EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,     )   CASE NO. CR 05-0161-OWW
12                               )
                                 )
13           Plaintiff,           )   REQUEST FOR FILING OF
                                 )   WAIVER OF DEFENDANT'S
14      v.                        )   PRESENCE; DECLARATION
                                 )   OF COUNSEL FOR
15 RADAMES DE LA HOYA, et al.,   )   DEFENDANT AND WAIVER
16                               )   BY DEFENDANT UNDER
           Defendants.            )   F.R.Crim.P. RULE 43; AND
17                               )   [PROPOSED] ORDER
18                               )
                                 )   Hrg:   November 14, 2005
19                               )   Time:  1:30 P.M.
20 _____ )   Hon:   O.W. Wanger

21
                              REQUEST
22
23      COMES NOW defendant herein, RADAMES DE LA HOYA, by and

24 through his attorney of record, Edmundo Espinoza, and hereby files this

25
   request to permit the filing of his Waiver of Appearance, under Rule 43 of the
26
27 Federal Rules of Criminal Procedure.

28

This request is based on this request, on the attached declaration of counsel for defendant, and on all of the files and records in this case.

Dated: November 9, 2005                    Respectfully Submitted,

_____
EDMUNDO ESPINOZA, attorney
For defendant Radames De La Hoya

## DECLARATION OF COUNSEL
## FOR DEFENDANT

I, EDMUNDO ESPINOZA, declare:

I am now the attorney of record for defendant herein, RADAMES DE LA HOYA, and I submit this declaration in support of defendant's request for filing of his Waiver of Appearance under Rule 43 of the Federal Rules of Criminal Procedure, which permits a defendant to waive his appearance, except upon arraignment, plea, impanelment of a jury and imposition of sentence. See Attachment.

The reason behind this request is that defendant presently resides in San Luis, Arizona, where he is under Pre Trial Services supervision, and where he attends Community College. He lives at home with his parents and sibling.

Since the beginning of his prosecution, defendant has had to travel and appear approximately five times. The last of these appearances was on October 31, 2005, with his new counsel Edmundo Espinoza. All of these court appearances have been very brief, and have cost defendant a significant amount of time and economic expense, as the travel time is around 9-hours one way, having to stay overnight in Los Angeles.

Defendant is aware that the next court appearance will be on November 14, 2005, and that a new trial date will be scheduled at that time. Also, that

3

his counsel will appear on his behalf and waive the statutory time under the Speedy Trial Act, and defendant consents to such waiver.

As a result, declarant is of the opinion that defendant's right to appear in court will be fully protected by his counsel's appearance on his behalf.

Therefore, declarant respectfully requests that this court permit the filing of this Waiver of Appearance.

I declare under penalty of perjury under the laws of the United States and that this declaration was executed this November 9, 2005, at Dallas, Texas.

_____
EDMUNDO ESPINOZA, declarant

EDMUNDO ESPINOZA
Attorney at Law
Post Office Box 191507
Dallas, Texas 75219
Tel (214) 475-3015
Fax (214) 443-0824
edmundoespinoza@aol.com
State Bar No. 64059

Attorney for Defendant:
RADAMES DE LA HOYA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 05-0161-OWW |
| | ) | |
| Plaintiff, | ) | **WAIVER OF DEFENDANT'S PRESENCE** |
| | ) | |
| v. | ) | (F.R.Crim.P., Rule 43) |
| | ) | |
| RAMADES DE LA HOYA, et al., | ) | |
| Defendants. | ) | |

The undersigned defendant hereby waives the right to be present in person in open court upon hearing of any motion in this cause, including the time that the case is ordered set for trial, when a continuance is ordered, or when any other action is taken by the Court before, during, of after trial; except upon arraignment, plea, impanelment of a jury and imposition of sentence.

The undersigned defendant requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees

1 | that his interests will be deemed represented at all times by the presence of his
2 | attorney, the same as if the defendant himself was personally present in court;
3 |
4 | and further agrees to be present in person in court ready for trial on any day
5 | and hour which the Court may fix in his absence.
6 |
7 | Dated: Nov. 11/05
8 |                       Perdcimes De la Hoya
                                  Defendant Ramades De La Hoya
                                  1648 America Street
                                  San Luis, Arizona, 85349
                                  Tel (928) 722-5174

Dated: Nov. 8/05

                                  EDMUNDO ESPINOZA, Attorney for
                                  Defendant Ramades De La Hoya

2

## [Proposed] **ORDER**

FOR GOOD CAUSE SHOWN it is hereby ordered that defendant's request to permit the filing of his Waiver of Appearance, and acceptance thereof, be herewith approved.

IT IS SO ORDERED:

DATED: 11-16-05

_____
HON. O. W. WANGER
United States District Court Judge

5

## CERTIFICATE OF SERVICE

I, EDMUNDO ESPINOZA, state that I am over the age of eighteen years and not a party to this action and with an address at Post Office Box 191507, Dallas, Texas 75219, and that:

ON: November 9, 2005

I SERVED: Ms. Karen Escobar
Assistant U.S. Attorney
U.S. Attorney's Office
U.S. Courthouse
1130 O Street
Fresno, CA 93721

WITH: Request for Filing of Waiver of Presence, Declaration of counsel and order

VIA: First Class mail

I certify that the above is true and correct.

Dated: November 9, 2005.

EDMUNDO ESPINOZA
declarant