EDMUNDO ESPINOZA
Attorney at Law
Post Office Box 191507
Dallas, Texas 75219
Tel (214) 475-3015
Fax (214) 443-0824
State Bar No. 64059

Attorney for Defendant:
RADAMES DE LA HOYA

FILED

MAR - 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 05-0161-OWW |
| ) | |
| Plaintiff, ) | **STIPULATION TO AMEND** |
| ) | **CONDITION OF RELEASE;** |
| RADAMES DE LA HOYA, et al., ) | **AND [PROPOSED] ORDER** |
| ) | |
| Defendants ) | |

COME NOW the parties herein, RADAMES DE LA HOYA, by and through his attorney of record, Edmundo Espinoza, and the UNITED STATES OF AMERICA, by and through its attorney of record, Karen Escobar, and hereby enter into the following stipulation, subject to the approval of this Court.

WHEREAS on June 28, 2005, this Court entered an order releasing this defendant on bond in the amount of $30,000.00, secured by property located at 1648 America Street, San Luis, Arizona;

WHEREAS as a further condition of this release, this Court also ordered that *defendant is placed on Third party custody of father, Francisco De La Hoya, of 1648 America Street, San Luis, Arizona, where defendant shall reside;*

WHEREAS this Court also ordered that defendant report to Pre Trial Services, and to further advise this Court, and counsel for both parties, if there has been a change in address for defendant;

IT IS HEREIN STIPULATED between the parties herein that the aforementioned condition, i.e. that defendant reside with his father at 1648 America Street, San Luis, Arizona, be herein vacated to include the following condition: *"defendant RADAMES DE LA HOYA shall reside at a residence approved by Pre Trial Services and not move or absent himself from said residence for more than 24-hours without the prior approval of the Pre Trial Services Offices."*

It is also stipulated between all parties herein, that all remaining conditions are to remain the same.

IT IS SO STIPULATED:

DATED: 2/23/06

_____
EDMUNDO ESPINOZA, Attorney for
Defendant RADAMES DE LA HOYA

DATED: 2/27/06           _Karen Escobar_
                         KAREN ESCOBAR, AUSA for the
                         UNITED STATES OF AMERICA,
                         Plaintiff

[PROPOSED] **ORDER**

**FOR GOOD CAUSE SHOWN** it is hereby ordered that the prior condition for defendant's release that he be placed on third party custody of father Francisco De La Hoya at 1648 America Street, San Luis, Arizona, is herein vacated, and that instead the following condition be entered, that *"defendant shall reside at a residence approved by Pre Trial Services and not to move or absent himself from said residence for more than 24-hours without the prior approval of the Pre Trial Services Offices."*

**IT IS SO ORDERED:**

DATED: 3-8-06            _[signature]_
                         HON. OLIVER W. WANGER
                         U.S. DISTRICT COURT JUDGE

3