```
McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-0161 OWW |
| Plaintiff, ) | |
| v. ) | STIPULATION RE: |
| ) | CONTINUANCE AND ORDER |
| RADAMES DE LA HOYA, ) | |
| Defendant. ) | |
| _____) | |

    Defendant RADAMES DE LA HOYA, by and through his attorney, EDMUNDO ESPINOZA,, and the United States of America, by and through its attorneys, McGREGOR W. SCOTT, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

    1.  The parties to the above-captioned matter agree to vacate the September 25, 2006, sentencing hearing and reset it for September 26, 2006, at 9:00 a.m. in order to allow the parties to meet with the government on September 25 for the purpose of qualifying for safety valve relief.

DATED: August 31, 2006                      Respectfully submitted,

                                                      McGREGOR W. SCOTT
                                                      United States Attorney

```
                                          By: /s/ Karen A. Escobar
                                              KAREN A. ESCOBAR
                                              Assistant U.S. Attorney


DATED: August 31, 2006                    /s/ Edmundo Espinoza
                                          EDMUNDO ESPINOZA
                                          Attorney for Defendant
                                          RADAMES DE LA HOYA
```

O R D E R

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current sentencing set on September 25, 2006, at 1:30 p.m., is hereby vacated and is reset for September 26, 2006, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   September 2, 2006**           /s/ Oliver W. Wanger
emm0d6                                   UNITED STATES DISTRICT JUDGE